[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-13876

_____

D.C. Docket No. 7:10-cr-00008-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

versus

KENNETH B. BEVERLY,

Defendant – Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(October 8, 2013)

Before PRYOR and HILL, Circuit Judges, and HALL,* District Judge.

_____

*Honorable James Randal Hall, United States District Judge for the Southern District of Georgia,
sitting by designation.

PER CURIAM:

Under an abuse of discretion standard, having reviewed the record and considered oral argument of the parties, we affirm the district court.

AFFIRMED.